UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ALBERTO JIMENEZ,
and other similarly situated individuals,

    Plaintiffs,                                                              14-cv-23748 PCH

vs.

TASTE BUDS EVENTS, LLC;
ELIZABETH M. DE CARLO MORALES,
RAMON C. MORALES

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO: TASTE BUDS EVENTS, LLC. through its Registered Agent:

        ELIZABETH M. DE CARLO MORALES
        16424 SW 61 WAY
        MIAMI, FL 33193

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        ANTHONY M. GEORGES-PIERRE, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS   DATE   **OCT 10, 2014**

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   14-cv-23748 PCH

ALBERTO JIMENEZ,
and other similarly situated individuals,

   Plaintiffs,

vs.

TASTE BUDS EVENTS, LLC;
ELIZABETH M. DE CARLO MORALES,
RAMON C. MORALES

   Defendants.
_____/

SUMMONS IN A CIVIL CASE

TO:

RAMON C. MORALES
16424 SW  61 WAY
MIAMI,FL 33193

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS DATE    **OCT 10, 2014**

Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-23748 PCH

ALBERTO JIMENEZ,
and other similarly situated individuals,

    Plaintiffs,

vs.

TASTE BUDS EVENTS, LLC;
ELIZABETH M. DE CARLO MORALES,
RAMON C. MORALES

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

**TO:**

    ELIZABETH M. DE CARLO MORALES
    16424 SW .61 WAY
    MIAMI, FL 33193

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET
    SUITE 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS DATE     **OCT 10, 2014**

Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts